# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAQUEL HUNTER, | |
| Plaintiff, | Case No. 2:11-cv-00916-RCJ-PAL |
| vs. | **ORDER** |
| WAL-MART STORES, INC., | |
| Defendant. | |

This matter is before the court on Defendant's failure to file and serve a signed statement as required in Order (Dkt. #5) entered June 7, 2011, regarding removal of this case to federal district court. This matter is also before the court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint in this matter was filed in state court and removed to Federal District Court (Dkt. #1) June 6, 2011. The Answer (Dkt. #2) was filed June 6, 2011. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiff has failed to comply. Accordingly,

Accordingly,

**IT IS ORDERED** counsel for the Defendant shall, no later than **4:00 p.m., July 15, 2011,** file and serve a signed statement under the case and caption that sets forth the following information:

1. The date(s) on which you were served with a copy of the complaint in the removed action.

2. The date(s) on which you were served with a copy of the summons.

3. In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of defendant's evidence of the amount in controversy.

4. If your notice of removal was filed more than thirty (30) days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal.

5. In actions removed on the basis of the court's jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court.

6. The name(s) of any defendant(s) known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not.

**IT IS FURTHER ORDERED** Plaintiff shall file her Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., July 15, 2011.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 1st day of July, 2011.

                                                  Peggy A. Leen
                                                  United States Magistrate Judge