**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAQUEL HUNTER, | ) |
|                 Plaintiff, | ) Case No. 2:11-cv-00916-RCJ-PAL |
| vs. | ) **ORDER** |
| WAL-MART STORES, INC., *et al.*, | ) |
|                 Defendants. | ) |

Before the court is the parties' Report of the Parties' Planning Meeting and Stipulated Discovery Plan and Scheduling Order (Dkt. #12) filed September 14, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. The parties did not timely comply, and therefore the court entered a Discovery Plan and Scheduling Order (Dkt. #11) on July 25, 2011. As such,

**IT IS ORDERED** that the parties' Report of the Parties' Planning Meeting and Stipulated Discovery Plan and Scheduling Order (Dkt. #12) is **DENIED** as **MOOT.** The deadlines established by the court's order (Dkt #11) shall apply.

Dated this 16th day of September, 2011.

                                                               Peggy A. Leen
                                                               United States Magistrate Judge