**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RAQUEL HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-00916-RCJ-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| WAL-MART STORES, INC., | ) | (Mot. Cont. Disc. - Dkt. #14) |
| | ) | |
| Defendant. | ) | |

The court conducted a hearing on October 4, 2011, on Plaintiff's Motion to Continue Discovery and Expert Disclosures (Dkt. #14). Maria Estanislao was present on behalf of the Plaintiff. Brandon Smith was present on behalf of the Defendant. The court reviewed the Motion, Defendant's Response (Dkt. #16), Plaintiff's Reply (Dkt. #17), and arguments of counsel at the hearing. For good cause shown, the court granted a sixty-day extension of the deadlines to complete the liability aspects of the case, and further granted a 120-day extension of the deadlines to complete the damages aspects of the case. As such,

**IT IS ORDERED** that Plaintiff's Motion to Continue Discovery and Expert Disclosures (Dkt. #14) is **GRANTED** in part, and the following Discovery Plan and Scheduling Order dates shall apply:

    a.    Last date to complete liability discovery: **February 3, 2012.**

    b.    Last date to disclose liability experts pursuant to Fed. R. Civ. P. 26(a)(2): **December 3, 2011.**

    c.    Last date to disclose liability rebuttal experts: **January 3, 2012.**

    d.    Last date to complete damages discovery: **April 3, 2012.**

    e.    Last date to disclose damages experts pursuant to Fed. R. Civ. P. 26(a)(2): **February 1, 2012.**

      f.      Last date to disclose damages rebuttal experts: **March 3, 2012.**

      g.      Last date to amend pleadings and add parties: **Time has expired.**

      h.      Last date to file interim status report: **February 3, 2012.**

      i.      Last date to file dispositive motions: **May 3, 2012.**

      j.      Last date to file joint pretrial order: **June 4, 2012**.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

2.    The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

3.    Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., January 12, 2012,** and shall fully comply with the requirements of LR 26-4.

Dated this 21st day of October, 2011.

_____
Peggy A. Leen
United States Magistrate Judge