UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RAQUEL HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-00916-RCJ-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The court entered a Discovery Plan and Scheduling Order (Dkt. #11) for this case on July 26, 2011. The order established December 5, 2011, as the discovery cutoff, as well as other case management deadlines consistent with the provisions of LR 26-1(e). A subsequent Order (Dkt. #19) was entered granting an extension of discovery cutoff to April 3, 2012, as well as extending other scheduling deadlines.

Pursuant to the direction of the District Judge in this case that trial be set on the trial stack closest to 120 days after the close of discovery,

**IT IS ORDERED** the trial date in this matter is set for Tuesday, August 7, 2012, at 9:00 a.m., with calendar call on Monday, July 30, 2012, at 8:30 a.m., before Judge Robert C. Jones.

Dated this 6th day of December, 2011.

_____
Peggy A. Leen
United States Magistrate Judge