A. J. SHARP
Nevada Bar No. 11457
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAQUEL HUNTER, an individual,<br><br>    Plaintiff,<br>v.<br><br>WAL-MART STORES, INC., a foreign corporation d/b/a WAL-MART and/or WAL-MART SUPERCENTER STORE #2593; and DOES I through XX, and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants | Case No.: 2:11-cv-00916-APG-PAL<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

  IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 30th day of August, 2013.

**KEITH E. GREGORY & ASSOCIATES**

_____
Keith E. Gregory, Esq.
631 South Tenth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Raquel Hunter*

DATED this 4th day of September, 2013.

**PHILLIPS, SPALLAS & ANGSTADT**

_____
A. J. Sharp, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel,

IT IS HEREBY ORDERED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 4th day of September, 2013.

_____
**UNITED STATES DISTRICT JUDGE**